IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

METROPOLITAN LIFE INSURANCE COMPANY,

     Plaintiff,

  v.

DONNA DOMINO,

     Defendant.
                               /

No. 08-02710 CW

ORDER GRANTING EXTENSION OF TIME TO SERVE COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE

    Pursuant to Plaintiff's Case Management Statement,

    IT IS HEREBY ORDERED that Plaintiff shall have until October 31, 2008 to serve Defendant.  The Case Management Conference, previously set for September 16, 2008, is continued to December 16, 2008, at 2:00 p.m.  A joint Case Management Statement will be due one week prior to the conference.

       9/11/08

Dated _____

                                                  CLAUDIA WILKEN
                                                  United States District Judge