UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Metropolitan Life Insurance Company

        Plaintiff(s),

v.

Donna Domino and DOES 1-20, inclusive

        Defendant(s).

CASE NO. C08-02710 CW

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS
**AS MODIFIED**

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)  (ADR L.R. 5)
✓   Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
    ✓ other requested deadline ___120 days___

Dated: 12/9/08

Dated: 12-10-08

Attorney for Plaintiff

Attorney for Defendant

*pro per*

~~[PROPOSED]~~ ORDER

~~Pursuant to the Stipulation above, the~~ The captioned matter is hereby referred to:   a settlement conference with a Magistrate Judge

- ~~Non-binding Arbitration~~
- ~~Early Neutral Evaluation (ENE)~~
- ✓ ~~Mediation~~
- ~~Private ADR~~

Deadline for ADR session
- 90 days from the date of this order.
- ✓ other   120 days

IT IS SO ORDERED.

Dated: 12/11/08

_____
UNITED STATES ~~MAGISTRATE~~ DISTRICT JUDGE

## PROOF OF SERVICE

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. I am readily familiar with this firm's business practice for collection and processing of documents for mailing with the U.S. Postal Service. My business address is 1600 South Main Street, Suite 280, Walnut Creek, California 94596. On December 10, 2008, I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

upon the following at the address(es) stated below:

Donna Domino
24 Oak Crest Drive
San Rafael, CA 94903

Service was accomplished as follows:

√ **BY US MAIL, According to Normal Business Practices.** On the above date, at my place of business at the above address, I sealed the above document(s) in an envelope addressed to the above, and I placed that sealed envelope for collection and mailing following ordinary business practices, for deposit with the U.S. Postal Service. I am readily familiar with the business practice at my place of business for the collection and processing of correspondence for mailing with the U.S. Postal Service. Correspondence so collected and processed is deposited with the U.S. Postal Service the same day in the ordinary course of business, postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on December 10, 2008, at Walnut Creek, California.

_____
LYNETTE SAPP