IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

METROPOLITAN LIFE INSURANCE CO.,　　　　　No. C 08-2710 MEJ

　　　　　Plaintiff(s),

　　vs.　　　　　　　　　　　　　　　　　　**NOTICE OF REASSIGNMENT**

DONNA DOMINO,

　　　　　Defendant(s).
_____/

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　　　Pursuant to 28 U.S.C. 636(b)(1)(B), this matter has been referred to Judge Maria-Elena James for all purposes including trial and entry of judgment. All future filings shall reflect the initials "MEJ" after the case number, as designated above. Please conform your filings accordingly. As this case has been referred to court-sponsored mediation, the Court shall not schedule any case management deadlines at this time. Within two weeks from the completion of mediation, the parties shall file a joint status statement.

　　　　The Northern District of California Revised Civil Local Rules shall apply to this case. Copies of these rules may be obtained in the District Court Clerk's's Office, 16th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall comply with Judge James' standing order regarding discovery and dispute procedures, a copy of which may be obtained from the Northern

1 District of California's website at http://www.cand.uscourts.gov/. From the homepage, click on the
2 "Judges" tab on the left margin, then choose Magistrate Judge James.
3     Finally, when filing papers that require the Court to take any action (e.g. motions, meet and
4 confer letters, administrative requests), the parties shall, in addition to filing papers electronically,
5 lodge with chambers a printed copy of the papers by noon of the next court day following the day
6 the papers are filed electronically. These printed copies shall be marked "Chambers Copy" and shall
7 be submitted to the Clerk's Office, in an envelope clearly marked with "Magistrate Judge James,"
8 the case number and "E-Filing Chambers Copy." Parties shall not file a paper copy of any document
9 with the Clerk's Office that has already been filed electronically.
10 **IT IS SO ORDERED.**

12 Dated: December 19, 2008
13                                               MARIA-ELENA JAMES
United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

METROPOLITAN LIFE INSURANCE
COMPANY et al,

        Plaintiff,

  v.

DOMINO et al,

        Defendant.

Case Number: CV08-02710 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 19, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donna Domino
24 Oak Crest Dr.
San Rafael, CA 94903

Dated: December 19, 2008

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk

3