```
 1  Renée Welze Livingston – 124280
    Crystal L. Van Der Putten – 227262
 2  LIVINGSTON LAW FIRM
    A Professional Corporation
 3  1600 South Main Street, Suite 280
    Walnut Creek, CA 94596
 4  Tel: (925) 952-9880
    Fax: (925) 952-9881
 5
    Attorneys for Plaintiff
 6  METROPOLITAN LIFE INSURANCE COMPANY
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DONNA DOMINO and DOES 1-20, inclusive,<br><br>　　　　Defendants. | Case No. C08-02710 MEJ<br><br>**STIPULATION TO DISMISS**<br><br>Complaint Filed: 05/29/08 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) plaintiff METROPOLITAN LIFE INSURANCE COMPANY, by and through its counsel of record, and defendant DONNA DOMINO hereby stipulate that the above-captioned action be dismissed with prejudice, each party to bear its own costs.

IT IS SO STIPULATED.

Dated: 4-14-09        By: _____
                          Donna Domino
                          In Pro Per

Dated: 4-13-09        LIVINGSTON LAW FIRM, P.C.

                      By: _____
                          Renée Welze Livingston
                          Crystal L. Van Der Putten
                          Attorney for Plaintiff METROPOLITAN LIFE
                          INSURANCE COMPANY

---
*Metropolitan Life Insurance Company v. Domino*, Case No. C08-02710 MEJ
Stipulation to Dismiss

1

1 ~~[PROPOSED]~~ ORDER

2 Good cause appearing, the Court orders as follows:

3     *Metropolitan Life Insurance Company v. Donna Domino.*, Case No. C08-02710 MEJ, is
4 hereby **DISMISSED**.     The Clerk of Court shall close the file.

5 **IT IS SO ORDERED.**

7 Dated: April 15, 2009

8                                             Hon. Maria-Elena James
9                                             Magistrate Judge

**PROOF OF SERVICE**

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. I am readily familiar with this firm's business practice for collection and processing of documents for mailing with the U.S. Postal Service. My business address is 1600 South Main Street, Suite 280, Walnut Creek, California 94596. On April 14, 2009, I served the following document(s):

**STIPULATION TO DISMISS**

upon the following at the address(es) stated below:

Donna Domino
24 Oak Crest Drive
San Rafael, CA  94903

Service was accomplished as follows:

__√__ **BY US MAIL, According to Normal Business Practices.** On the above date, at my place of business at the above address, I sealed the above document(s) in an envelope addressed to the above, and I placed that sealed envelope for collection and mailing following ordinary business practices, for deposit with the U.S. Postal Service. I am readily familiar with the business practice at my place of business for the collection and processing of correspondence for mailing with the U.S. Postal Service. Correspondence so collected and processed is deposited with the U.S. Postal Service the same day in the ordinary course of business, postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on April 14, 2009, at Walnut Creek, California.

LYNETTE SAPP